# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIZITO OKOROANYANWU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MV TRANSPORTATION, INC.,<br><br>　　　　Defendant.　　　　/ | **Case No. 1:20-cv-00584-AWI-SKO**<br><br>**ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS**<br><br>**(Doc. 10)**<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff Kizito Okoroanyanwu is proceeding *pro se* and *in forma pauperis* in this civil action brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. ("Title VII"). The Court has screened Plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915 and finds that it states cognizable Title VII claims against Defendant MV Transportation, Inc.[1] Fed. R. Civ. P. 8(a); *Arizona ex rel. Horne v. Geo Grp., Inc*., 816 F.3d 1189, 1206 (9th Cir. 2016); *Poland v. Chertoff*, 494 F.3d 1174, 1179–80 (9th Cir. 2007); *Peterson v. Hewlett-Packard Co*., 358 F.3d 599, 603 (9th Cir. 2004); *Hemmings v. Tidyman's Inc*., 285 F.3d 1174, 1190 (9th Cir. 2002).

　　　　Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate on the following defendant:

　　　　**MV Transportation, Inc.**

2. The Clerk of Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice

---

[1] (*See* Docs. 9 & 10.)

of Submission of Documents form, an instruction sheet, and a copy of the Second Amended Complaint, filed September 17, 2020 (Doc. 7).

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:

a. A completed summons for the defendant listed above;

b. A completed USM-285 form for the defendant listed above; and

c. Two (2) copies of the endorsed Second Amended Complaint, filed September 17, 2020 (Doc. 7).

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. **The failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **January 28, 2021**                                   /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE

2