UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIZITO OKOROANYANWU,<br><br>Plaintiff,<br><br>v.<br><br>MV TRANSPORTATION, INC.,<br><br>Defendant. | Case No.  1:20-cv-00584-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 26) |

On October 20, 2021, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 26.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 21, 2021**                    /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE